No. 02–482. DESERET BOOK CO. ET AL. *v.* JACOBSEN. C. A. 10th Cir. Motion of Authors Guild, Inc., et al. for leave to file a

brief as *amici curiae* granted. Certiorari denied. 